UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IYUANNA BROWN,

            Plaintiff,

    -against-

EQUIFAX INFORMATION SERVICES, LLC,

            Defendant.

**ORDER**

22 Civ. 4510 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for September 8, 2022 will instead take place on **October 20, 2022 at 10:30 a.m.**

Dated:  New York, New York
          September 2, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge