

The Law Offices of
## ROBERT S. GITMEID & ASSOC., PLLC

October 18, 2022

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>Iyuanna Brown v. Capital One Bank (USA), National Association, et al.</u>
             1:22-cv-04510 (PGG)

Your Honor:

I write on behalf of plaintiff Iyuanna Brown in the above-referenced matter to respectfully request an adjournment of the Initial Conference currently scheduled for October 20, 2022, at 10:30 a.m. (<u>See</u> Dkt. No. 19).

The parties have engaged in settlement negotiations and respectfully request a thirty (30) day adjournment of the Initial Conference to permit additional time for such discussions in hopes of resolving this matter. Defendant Equifax Information Services, LLC consents to this request.

The parties are available for a rescheduled conference on November 22, 2022, November 29, 2022, and December 1, 2022.

Thank you for your time and attention to this matter.

                                                 Respectfully Submitted,

**MEMO ENDORSED**

The Application is granted.

The conference will proceed on Dec. 1, 2022 at 10:30 A.M.

SO ORDERED:
_/s/ Paul A. [Gardephe]_
Paul G. Gardephe, U.S.D.J.
Dated: Oct. 18, 2022

                                                 /s/ *Robert Wennemer*
                                                 Robert Wennemer, Esq.
                                                 Law Offices of Robert S. Gitmeid
                                                 & Assoc., PLLC
                                                 30 Wall Street, 8th Floor #741
                                                 New York, NY 10005
                                                 Tel: (866) 249-1137
                                                 Email: Robert.W@gitmeidlaw.com
                                                 *Attorneys for Plaintiff Iyuanna Brown*